377 A.2d 166

Commonwealth, Appellant, v. Case.

Submitted June 14, 1976. Michael E. Riskin, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellant; Richard J. Jacobs, for appellee.

Order affirmed.

WATKINS, P. J., and JACOBS, J., dissent.

VAN der VOORT, J., respectfully dissents from the Order affirming the discharge of the defendant in this case upon the grounds that Pa.R.Crim.P. 1100(f) has been violated by the Commonwealth for the reasons set forth in his Dissenting Opinion in the case of *Commonwealth v. Shields*, 247 Pa.Superior Ct. 74, 79, 371 A.2d 1333, 1335 (1977).